

# GROSSMAN LLP
### Attorneys at Law

745 Fifth Avenue, 5th Floor
New York, New York 10151
Phone: 646.770.7445
Fax: 646.417.7997
www.grossmanllp.com

June 15, 2017

**VIA ECF & ELECTRONIC MAIL**

Hon. Richard J. Sullivan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York  10007
sullivannysdchambers@nysd.uscourts.gov

> Re: *Elyse Slaine v. Matthew A. Drapkin, et al.*, (S.D.N.Y. Case No. 17-cv-1472)
> **Joint Letter Regarding Settlement**

Dear Judge Sullivan:

      We write on consent of all parties under the Court's May 30, 2017, Order (Docket No. 19) to update the Court on the parties' settlement efforts and to respectfully request that the Court either (i) adjourn Plaintiff's deadline to seek to reopen this case or, alternatively, (ii) restore the action.

      Under the parties' April 6, 2017, Settlement Agreement, as a condition precedent of the dismissal of this case, Defendants are to furnish certain documents in connection with the transfer of its interest in shares of a cooperative apartment ("Co-op") into Plaintiff's sole name. Real-estate counsel for all parties are coordinating with the Co-op's counsel and the transfer agent to finalize the documentation and effectuate the transfer, which we are told should take place within the next two weeks.

      Accordingly, the parties respectfully request that the Court adjourn Plaintiff's deadline to seek to reopen this case to June 30, 2017, or, alternatively, restore the action. The Court has previously provided two brief adjournments to permit the parties additional time to effectuate the settlement terms.  (Docket Nos. 17, 19.)

Respectfully submitted,

Judd B. Grossman

cc:     Thomas Hone, Esq., counsel for Defendants (via ECF and electronic mail)